■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v Dzow LEE, Appellant. [655 NYS2d 409] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered February 27, 1995, convicting him of kidnapping in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed (*see, People v Li Ah*, 237 AD2d 306 [decided herewith]). O'Brien, J. P., Thompson, Joy and Florio, JJ., concur.